**ORAL ARGUMENT HELD MARCH 17, 2017**

**No. 16-7013**
IN THE
**UNITED STATES COURT OF APPEALS**
FOR THE DISTRICT OF COLUMBIA CIRCUIT

FILMON X, LLC, *et al.*,

*Defendants-Appellants,*

v.

FOX TELEVISION STATIONS, INC., *et al.*,

*Plaintiffs-Appellees.*

On Appeal from the
United States District Court for the District of Columbia
The Honorable Rosemary M. Collyer
Civ. Case No. 13-cv-758

# APPELLANTS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(b)

BAKER MARQUART LLP
Ryan G. Baker (*pro hac vice*)
Scott M. Malzahn (*pro hac vice*)
2029 Century Park East, 16th Floor
Los Angeles, CA 90067
(424) 652-7800
rbaker@bakermarquart.com
smalzahn@bakermarquart.com

Law Office of Kerry Davidson
Kerry J. Davidson
1738 Elton Road, Suite 113
Silver Spring, MD 20903
(301) 563-9816
kdavidson@selflaw.com

May 13, 2017

*Counsel for Defendants-Appellants*

Pursuant to Federal Rule of Appellate Procedure 42(b), Appellants FilmOn X, LLC, et al., hereby move to voluntarily dismiss the above-captioned appeal with prejudice. Each party will bear its own fees and costs associated with the appeal. Appellants have consulted with counsel for Appellees. Appellees do not oppose this motion.

Respectfully submitted,

May 13, 2017

By: /s/ Ryan G. Baker

BAKER MARQUART LLP
Ryan G. Baker (*pro hac vice*)
Scott M. Malzahn (*pro hac vice*)
2029 Century Park East, 16th Floor
Los Angeles, CA 90067
(424) 652-7800
rbaker@bakermarquart.com
smalzahn@bakermarquart.com

Law Office of Kerry Davidson
Kerry J. Davidson
1738 Elton Road, Suite 113
Silver Spring, MD 20903
(301) 563-9816
kdavidson@selflaw.com

*Counsel for Defendants-Appellants*

## CERTIFICATE OF SERVICE

I certify that on this 13th day of May, 2017, the foregoing Appellants' Unopposed Motion for Voluntary Dismissal Pursuant to Federal Rule of Appellate Procedure 42(b) was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all registered users.

/s/ Ryan G. Baker
Ryan G. Baker